GEORGE J. FELTS, Appellant, *v.* ALBANY PORT DISTRICT et al., Respondents.

Argued March 10, 1948; decided April 22, 1948.

*George N. Meyl* and *Arthur B. Lanphier* for appellant.
*Gerald W. O'Connor* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.